| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
November 07, 2017
David J. Bradley, Clerk

Malibu Media, LLC, §
§
          Plaintiff, §
§
versus §    Civil Action H-17-495
§
Subscriber 18250, §
§
          Defendant. §

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. By December 5, 2017, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

4. The conference of November 6, 2017, is cancelled.

Signed on November 6, 2017, at Houston, Texas.

                                      Lynn N. Hughes
                          United States District Judge